UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAR PLUMBING CO., INC.,

              Plaintiff,          22-cv-2308 (JGK)

    - against -              ORDER

TRAVELERS INDEMNITY COMPANY,
              Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 2, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
           May 25, 2022

                                        John G. Koeltl
                                United States District Judge